# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TROY KNECHT and SHELLY KNECHT**, individually, and as parents and natural guardians of Hannah Knecht and Grace Knecht, : : : : : **Plaintiffs** : : v. : : **JAKKS PACIFIC, INC., JAKKS SALES CORPORATION,** and **WAL-MART STORES, INC.,** : : : : **Defendants** : | CIVIL ACTION NO. 4:17-CV-2267<br><br>(Chief Judge Conner) |

## **ORDER**

AND NOW, this 26th day of September, 2018, upon consideration of plaintiffs' letter (Doc. 42) regarding the parties' discovery disputes and a three-month extension of all discovery deadlines, and the court observing that the parties have not filed a proposed amended case management schedule to date, it is hereby ORDERED that:

1. The parties shall meet and confer and, on or before **Friday, October 12, 2018**, jointly file a proposed amended case management schedule in accordance with the court's trial term schedule as attached hereto.

2. The discovery telephone conference scheduled for Thursday, September 27, 2018 is CANCELLED.

                                                  /S/ CHRISTOPHER C. CONNER
                                                  Christopher C. Conner, Chief Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania

# Judge Conner
## 2019 – 2020 Court Calendar

| Trial List | Discovery Cut-Off | Dispositive Motions & Briefs in Support | Plaintiff Expert Reports | Defendant Expert Reports | Suppl. Expert Reports | Motions in Limine & Briefs in Support | Final Pre-Trial Conference | Voir Dire and Jury Instructions | Jury Selection |
|---|---|---|---|---|---|---|---|---|---|
| **October** | 3/29/19 | 5/6/19 | 5/6/19 | 6/5/19 | 6/19/19 | 8/5/19 | 9/25/19 | 9/25/19 | 10/7/19 |
| **November** | 4/30/18 | 6/4//18 | 6/4/18 | 7/5/18 | 7/18/18 | 9/4/18 | 10/24/18 | 10/24/18 | 11/5/18 |
| **December** | 5/31/18 | 7/2/18 | 7/2/18 | 8/1/18 | 8/15/18 | 10/1/18 | 11/13/18 | 11/13/18 | 12/3/18 |
| **2020** | | | | | | | | | |
| **January** | 6/28/19 | 8/6/19 | 8/6/19 | 9/5/19 | 9/19/19 | 11/5/19 | 12/18/19 | 12/18/19 | 1/6/20 |
| **February** | 7/31/19 | 9/4/19 | 9/4/19 | 10/3/19 | 10/17/19 | 12/3/19 | 1/15/20 | 1/15/20 | 2/3/20 |
| **March** | 8/30/19 | 10/1/19 | 10/1/19 | 10/31/19 | 11/14/19 | 1/7/20 | 2/19/20 | 2/19/20 | 3/2/20 |
| **April** | 9/27/19 | 11/5/19 | 11/5/19 | 12/5/19 | 12/19/19 | 2/4/20 | 3/18/20 | 3/18/20 | 4/6/20 |
| **May** | 10/31/19 | 12/3/19 | 12/3/19 | 1/3/20 | 1/17/20 | 3/4/20 | 4/22/20 | 4/22/20 | 5/4/20 |
| **June** | 11/27/19 | 1/7/20 | 1/7/20 | 2/6/20 | 2/20/20 | 4/1/20 | 5/20/20 | 5/20/20 | 6/1/20 |
| **July** | 12/31/19 | 2/4/20 | 2/4/20 | 3/9/20 | 3/23/20 | 5/6/20 | 6/17/20 | 6/17/20 | 7/6/20 |
| **August** | 1/31/20 | 3/4/20 | 3/4/20 | 4/3/20 | 4/17/20 | 6/3/20 | 7/22/20 | 7/22/20 | 8/3/20 |
| **September** | 2/28/20 | 4/1/20 | 4/1/20 | 5/1/20 | 5/15/20 | 7/1/20 | 8/19/20 | 8/19/20 | 9/8/20 |
| **October** | 3/30/20 | 5/6/20 | 5/6/20 | 6/5/20 | 6/19/20 | 8/5/20 | 9/23/20 | 9/23/20 | 10/5/20 |
| **November** | 4/30/20 | 6/3/20 | 6/3/20 | 7/3/20 | 7/17/20 | 9/3/20 | 10/21/20 | 10/21/20 | 11/2/20 |
| **December** | 5/29/20 | 7/1/20 | 7/1/20 | 7/31/20 | 8/14/20 | 10/7/20 | 11/18/20 | 11/18/20 | 12/7/20 |